IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RANDALL ARTHUR RADUNZ,

    Plaintiff,

v.

BRUCE VON HADEN, EVERETT
MUHLHAUSEN, WENDY J. STURZ,
TOM A. PETTA, PHILLIP C.
CARRUTHERS, TIMOTHY M. O'SHEA,
RYAN GEMOLL, LORI SWANSON,
J.B. VAN HOLLEN and ERIK PETERS,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 07-cv-270-rtr

    This action came for consideration before the court with DISTRICT JUDGE RUDOLPH T. RANDA presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____      3/2/10
Peter Oppeneer, Clerk of Court              Date